FILED '08 JUL 24 10:29 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID OCHOA-VASQUEZ,              Civil No. 07-1570-PA

       Petitioner,

  v.

UNITED STATES IMMIGRATION         **JUDGMENT**
SERVICES,

       Respondent.

Based on the record, this action is dismissed without prejudice for lack of subject matter jurisdiction.

DATED this _24_ day of July, 2008.

                                _/s/ Owen M. Panner_
                                OWEN M. PANNER
                                United States District Judge

1 - JUDGMENT